## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ELIZABETH G. JONES,                             Bankruptcy No. 10-20211-JAD

      Debtor.                                      Chapter 11

ELIZABETH G. JONES,                             Document No.

      Movant,

vs.

NO RESPONDENT.

### MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 CASE

**AND NOW** comes Elizabeth G. Jones, the Debtor in the instant Chapter 11 Case, by and through its Counsel, Robert O Lampl, John P. Lacher and Elsie R. Lampl, and files the following **MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 CASE**, as follows:

    1.    The Movant is Elizabeth G. Jones, the Debtor in the above Chapter 11 Case.

    2.    The Movant desires to convert this Chapter 11 Case to a Chapter 7 Case inasmuch as she is unable to formulate a feasible plan of reorganization.

    **WHEREFORE**, the Movant requests this Honorable Court to convert this Chapter 11 Case to a Chapter 7 Case.

Respectfully Submitted,

*/s/Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
ELSIE R. LAMPL
PA I.D. #208867
Counsel for the Debtor
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **ELIZABETH G. JONES,** | Bankruptcy No. 10-20211-JAD |
| Debtor. | Chapter 11 |
| **ELIZABETH G. JONES,** | Document No. |
| Movant, | |
| vs. | |
| **NO RESPONDENT.** | |

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher and Elsie R. Lampl, hereby certify, that on the 24th day of January, 2011, a true and correct copy of the foregoing **MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 CASE** was served upon the following

*(via electronic service or facsimile):*

Joseph M. Fornari
Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

                                              */s/ Robert O Lampl*
                                              ROBERT O LAMPL
                                              PA I.D. #19809
                                              JOHN P. LACHER
                                              PA I.D. #62297
                                              ELSIE R. LAMPL
                                              PA I.D. #208867
                                              Counsel for the Debtors
                                              960 Penn Avenue, Suite 1200
                                              Pittsburgh, PA 15222
                                              (412) 392-0330 (phone)
                                              (412) 392-0335 (facsimile)